UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
SEP 0 3 2008

CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| TOFASCO OF AMERICA, INC., a California Corporation, | * | CIV. 08-MC-23 |
| Plaintiff, | * | |
| -vs- | * | ORDER |
| ATICO INTERNATIONAL U.S.A. INC., a Delaware Corporation, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending is the need to address Objections of Lewis Drug Inc. regarding a subpoena served upon it by Tofasco of America, Inc. (Doc. 1). The objections to the subpoena were filed on May 21, 2008. Tofasco has filed no response to the objections. The objections are considered as a motion to quash the subpoena. It is

ORDERED that the objections (Doc. 1) are GRANTED and the subpoena is QUASHED.

Dated this 3rd day of September, 2008.

BY THE COURT:

John E. Simko
United States Magistrate Judge